**Order entered December 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01471-CR
No. 05-15-01472-CR
No. 05-14-01473-CR
No. 05-15-01474-CR
No. 05-15-01475-CR

**SENRICK WILKERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause Nos. F10-01183-J, F10-01184-J, F10-01182-J, F10-01183-J,
F10-01184-J, F10-01185-J

## ORDER

Appellant has filed two notices of appeal complaining of different things related to the above trial court numbers. The Court questions whether it has jurisdiction over the appeals, but can make no determination based on the documents before us.

Accordingly, we **ORDER** the Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, clerk's records that contain all of the documents appellant has filed in the above trial court numbers since July 1, 2015. After the Court has received the clerk's records, it will determine its jurisdiction over the appeals.

We **DIRECT** the Clerk to send copies of this order to Felicia Pitre, Dallas County District Clerk; Senrick Wilkerson; and the Dallas County District Attorney's Office.

/s/     ADA BROWN
         JUSTICE